No. 83–662.   GAINES v. MERCHANTS NATIONAL BANK & TRUST CO.   Appeal from C. A. 7th Cir. dismissed for want of

jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.